Copies Mailed
Chambers of Edgardo Ramos

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rashawn Vassell, | |
| Petitioner, | **ORDER** |
| – against – | 20 Civ. 4499 (ER) |
| United States of America, | |
| Respondent. | |

Ramos, D.J.:

On June 11, 2020, Rashawn Vassell commenced the above-captioned action by filing a motion to vacate pursuant to 28 U.S.C. § 2255. Doc.1. The Court, in an order filed on September 9, 2020 in case No. 12 Cr. 626 (Doc. 431), denied that motion. The Clerk of Court is respectfully directed to close the above-captioned case.

It is SO ORDERED.

Dated:   September 10, 2020
         New York, New York

_____
Edgardo Ramos, U.S.D.J.